UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| TIMOTHY HIXON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:08-CV-288 |
| | ) | | (VARLAN/SHIRLEY) |
| MICHAEL J. ASTRUE, | ) | | |
| Commissioner of Social Security, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, plaintiff's Objections to Report and Recommendation [Doc. 16] are hereby **OVERRULED**; Magistrate Judge Shirley's Report and Recommendation [Doc. 15] is **ACCEPTED IN WHOLE**; plaintiff's Motion for Summary Judgment [Doc. 9] is hereby **DENIED**; defendant's Motion for Summary Judgment [Doc. 13] is hereby **GRANTED**; defendant Commissioner's decision in this case denying plaintiff's claim for period of disability and disability insurance benefits is **AFFIRMED**; and this case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE